# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **KEVIN WILDER** | **CASE NO. 6:20-CV-01383** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **SCOTT MORGAN ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Dismiss Penalty, Punitive, or Exemplary Damages (Rec. Doc. 40) filed on behalf of Sergeant Ryan Shanahan is hereby GRANTED.

Signed at Lafayette, Louisiana, this 28th day of February, 2024.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE